**Dismissal is without prejudice.**

**The relief described hereinbelow is SO ORDERED.**

**Signed September 28, 2016.**

**Ronald B. King**
**Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-70104 |
| AMERICAN STANDARD ENERGY | § | CASE NO. 15-70105 |
| CORP., *et al.*, | § | |
| | § | CHAPTER 11 |
| JOINTLY ADMINISTERED DEBTORS | § | JOINTLY ADMINISTERED |
| | § | |

---

| | | |
|---|---|---|
| AMERICAN STANDARD ENERGY CORP., | § | |
| A NEVADA CORP., AND | § | |
| AMERICAN STANDARD ENERGY CORP., | § | |
| A DELAWARE CORP. | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | ADVERSARY NO. 15-07008 |
| | § | |
| GERONIMO HOLDING CORPORATION, | § | |
| RANDALL CAPPS, SCOTT W. FELDHACKER, | § | |
| AND XOG OPERATING, LLC | § | |
| | § | |
| DEFENDANTS | § | |
| | § | |
| GERONIMO HOLDING CORPORATION, | § | |
| RANDALL CAPPS, AND XOG OPERATING, LLC | § | |
| | § | |
| THIRD PARTY PLAINTIFFS | § | |

| | |
|---|---|
| | § |
| V. | § |
| | § |
| SCOTT W. FELDHACKER, SCOTT MAHONEY, | § |
| RICHARD MACQUEEN, ANDREW WALL, | § |
| ROBERT J. THOMPSON, JAMES R. LEETON, JR., | § |
| SCOTT DAVID,WILLIAM KILLIAN, | § |
| WAYNE M. SQUIRES, H.H. WOMMACK, III | § |
| CHARLES PICKERING, MICHAEL PEDROTTI, | § |
| J. STEVEN PERSON | § |
| | § |
| THIRD PARTY DEFENDANTS | § |

**ORDER GRANTING REQUEST FOR ABSTENTION AND DISMISSING ADVERSARY PROCEEDING**

Came on for consideration *Defendants Geronimo Holding Corporation, Randall Capps and XOG Operating, LLC's Motion for Abstention* (the "Motion").[1] Based on the representations made in the Motion, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the relief requested in the Motion that the Court abstain from further hearing this adversary proceeding is well taken; (iii) proper and adequate notice of the Motion has been given and no further notice is necessary; and (iv) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Motion in all respects.

**THEREFORE, IT IS ORDERED THAT:**

1. The relief requested in the Motion is **GRANTED**.

2. The Court shall exercise its discretion to **ABSTAIN** from further consideration of the claims, causes of action, counterclaims, third party claims and any other pleadings filed in this adversary proceeding.

3. Adversary Proceeding No. 15-07008 is hereby **DISMISSED**.

# # #

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Motion.

Order Submitted By:

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
Matthew J. McGowan
Texas State Bar No. 24098077
mmcgowan@pulmanlaw.com
**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR GERONIMO HOLDING COMPANY,**
**RANDALL CAPS, AND XOG OPERATING, LLC**